# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 9, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

      Re: Victor Alexander Icenogle
          v. Texas
          No. 14-8747
          (Your No. WR-71, 570-06)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 30, 2015 and placed on the docket March 9, 2015 as No. 14-8747.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk